IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GREGORY W. BREEDEN, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-0725-CV-DW |
| KANSAS CITY MUNICIPAL DIVISION OF THE CIRCUIT COURT OF MISSOURI, Sixteenth Judicial Circuit for the State of Missouri, | ) |
| Defendant. | ) |

**ORDER**

On October 18, 2005, this Court denied Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*. The Court stated that if Plaintiff did not either file an amended Affidavit of Financial Status or pay his filling fees and file his complaint, it would dismiss his case. Plaintiff has failed to take any action since that date. Accordingly, the case is dismissed for failure to prosecute and for failure to comply with a Court order. See Fed. R. Civ. Proc. 41(b).

IT IS SO ORDERED

Date: December 12, 2006

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court